

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| United States of America, ex rel Michael Durkin | Civil Action No. 15cv2674-MMA(WVG) |
|---|---|
| **Plaintiff,** | |
| **V.** | |
| County of San Diego, a public entity | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff does not sufficiently plead causes of action under the FCA. Accordingly, the Court grants Defendant's motion to dismiss. Given Plaintiff's prior opportunities to amend and the allegations contained in the TAC, the Court concludes amendment would be futile and dismisses the action in its entirety with prejudice as to Qui Tam Plaintiff Michael Durkin and without prejudice as to Plaintiff the United States of America.

Date: _____7/10/18_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ R. Chapman
_____

R. Chapman, Deputy